UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:18-CR-57-REW-HAI |
| v. | ) | |
| | ) | |
| THOROLD JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE #361) of United States Magistrate Judge Hanly A. Ingram, addressing Defendant Thorold Johnson's guilty plea to Counts 1 and 5 of the Second Superseding Indictment (DE #228). Defendant appeared before Judge Ingram on September 30, 2019. *See* DE #360 (Minutes). After consenting to plead before a United States Magistrate Judge and engaging in a full Rule 11 colloquy, Johnson proceeded to plead guilty. DE #361 at ¶¶ 1–2. Judge Ingram found Defendant competent to plead and concluded that Johnson's plea was knowing and voluntary; he further found that an adequate factual basis supported the plea as to each essential element of the charged offenses. *Id.* at ¶¶ 2–3. Accordingly, Judge Ingram recommended the Court accept Defendant's plea and adjudge him guilty of Counts 1 and 5 of the Second Superseding Indictment. *Id.* at ¶ 4.

Neither Johnson nor the Government objected to DE #361 within the allotted three-day period. *See id.* at 3. While this Court reviews *de novo* those portions of a Report and Recommendation to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the

parties do not object to the magistrate judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P. 59(b); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits the right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE #361), accepts the plea, and **ADJUDGES** Defendant guilty of Counts 1 and 5 of the Second Superseding Indictment. The Court further **CANCELS** the jury trial (currently set for October 15, 2019) as to Johnson. An Order scheduling Defendant's sentencing will follow. Johnson's custodial status, per the record, remains as detained.

This the 4th day of October, 2019.

Signed By:
*Robert E. Wier*
United States District Judge